```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER NIKOLAS GIERCZYK,

               Plaintiff,

-against-

OLYMPUS PEAK TRADE CLAIMS
OPPORTUNITIES FUND I NON-ECI
MASTER LP,

               Defendant.

24 Civ. 7708 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff, Alexander Nikolas Gierczyk, brings this action invoking diversity subject matter jurisdiction under 28 U.S.C. § 1332. *See* ECF No. 1 ¶ 9. If Defendant, Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP, is a limited partnership, as its name would imply and the complaint alleges, then the complaint must allege the citizenship of each of its general and limited partners for the purposes of diversity jurisdiction. *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51–53 (2d Cir. 2000). Accordingly, by **November 12, 2024**, Plaintiff shall amend his pleading to allege the citizenship of each of Defendant's general and limited partners. If Plaintiff fails to allege complete diversity based upon the citizenship of Defendant's general and limited partners, the complaint shall be dismissed for lack of subject matter jurisdiction.

    SO ORDERED.

Dated: October 15, 2024
       New York, New York

                                                   ANALISA TORRES
                                        United States District Judge